# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>KEALAN MICHAEL HANNIGAN,<br><br>                    Defendant. | Case No. 19-cr-03654-BAS-1<br><br>**ORDER DENYING DEFENDANT'S MOTION TO ADJUST SENTENCE WITHOUT PREJUDICE**<br>**(ECF No. 30)** |

On April 23, 2019, Mr. Hannigan came through the San Ysidro Port of Entry. (Presentence Report ("PSR") ¶¶ 3–10, ECF No. 20.)  He was arrested because of an outstanding state warrant and booked into state custody. (*Id.*)  At the time he was booked into state custody, he was found in possession of heroin. (*Id.*)  He was charged with possession of the heroin in a prison or jail and, on August 8, 2019, he was sentenced to three years in state custody. (*Id.* ¶ 40.)  On June 20, 2019, Mr. Hannigan was also charged in federal court with importation of heroin. (ECF No. 1.)  This was the same heroin that formed the basis of the state law charges.  On February 12, 2020, this Court sentenced Mr. Hannigan to 70 months in federal custody to run concurrent with any sentence imposed by the state court. (ECF No. 27.)

On May 13, 2021, Mr. Hannigan filed a motion alleging that the Bureau of Prisons ("BOP") has declined to give him credit for August 17, 2019 to February 10, 2020,

presumably the time he was in state custody.  (ECF Nos. 30, 32.)  He asks this Court to either order the BOP to give him the credit for his time in state custody or modify his sentence.  (*Id.*)  The Government opposes arguing only that this Court lacks jurisdiction to decide the issue.  (ECF No. 37.)  Because this Court agrees that it lacks jurisdiction to consider the issue, it denies the Motion without prejudice.

"Generally, motions to contest the legality of a sentence must be filed under [28 U.S.C.] § 2255 in the sentencing court, while petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to [28 U.S.C.] § 2241 in the custodial court."  *Hernandez v. Campbell*, 204 F.3d 861, 864–65 (9th Cir. 2000).

In essence, Mr. Hannigan is requesting that he be given credit for the time he served in state custody from August 17, 2019, to February 10, 2020.  This is a challenge to the manner in which the BOP is carrying out the execution of his sentence and is, therefore, a petition pursuant to § 2241.  Mr. Hannigan claims that this Court's sentence, ordered to run concurrent with any sentence imposed by state court, should allow him credit for the time in state custody.  Because this is a challenge brought under § 2241, he must file his request in the district court where is being housed.  *See Hernandez*, 204 F.3d at 864–65.  According to the Government, he is currently housed at USP-Beaumont, which is in the Eastern District of Texas.

Accordingly, to the extent Mr. Hannigan is seeking an order to the BOP to give him credit for his time in state custody, he must file that request, pursuant to 28 U.S.C. § 2241, in the U.S. District Court for the Eastern District of Texas.  **Further, the Court directs the Clerk of Court to update Defendant's address to:** Kealan Michael Hannigan, Reg. No. 88466-298, USP-Beaumont U.S. Penitentiary, P.O. Box 26030, Beaumont, TX 77720.

**IT IS SO ORDERED.**

**DATED: October 14, 2021**

Hon. Cynthia Bashant
United States District Judge